COURT
OF LOUISIANA
LAFAYETTE

MAR 2 7 2013

_____ CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | | |
|---|---|---|
| **CLIFTON SAM, JR.** | * | **CIVIL ACTION NO. 12-0326** |
| **VERSUS** | * | **JUDGE HAIK** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the claimant be awarded benefits as of December 31, 2008.

Lafayette, Louisiana, this 26th day of March, 2013.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE